UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRISELDA HERNANDEZ,<br><br>                              Plaintiff,<br><br>    -against-<br><br>ISMALDY DEL LA ROSA, MIDALMY DEL LA ROSA,<br><br>                              Defendants. | 23-CV-4221 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the July 17, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  July 17, 2023
        New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge